10-10-2015                                    Page 1

COA No. 05-13-01687-CR
Tr. Ct. No. 02-13-340

My name is James Destry Hamm. I filed a motion for an extension of time in which to file the petition for discretionary review, it was granted. I timely filed the P.D.R., on 9-23-2015 my pro se petion for discretionary review was refused. I was given no ~~reson~~ reason for refusal and I do not know what course of action to take next. Can you tell me why my P.D.R. was refused? Can I have a new motion for time to complete what ever it is I need to do? Because, I broke no law, I should not have been arested, indited, convicted or confined. There never should have been a warrant for my arrest. I should not have been put on a protective order.

The Rockwall police dept, and Rockwall County acted inaproprietly. The police officer stated on the stand under oath that he went to the high school and told the girls.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

If they saw a stranger to call the police, because they may be kid naped, raped, beath, murdered or ~~held~~ held captive. They call this their stranger danger ~~police~~ cocept. I live with in a mile of three schools, elemetry, midle, and high school. "Now here's what's up." If you tell 250 to 500 girls to call the police every time they see a stranger. One of them see's me here and there around town. They do call the police and tell them they are scared. Well it is the police officer who fear mungered the girls. I was just their target. I made no threat of any kind, And I am not a threat to anyones saffty.

After reading the P.D.R. you should know the court errored, they said they did. Please reconsider my P.D.R. so my case can be reversed. Please help stop this unlawful inprizonment. This should not happen to anyone else. Please tell me what to do. I have know one here to help me.

Thank you

P.S. Motion for rehering.

P.S. Motion for extention of time.

James D. Hamm